December 31, 2004

Ms. Lynne Liberato
Haynes and Boone, LLP
One Houston Center
1221 McKinney, Suite 2100
Houston, TX 77010

Mr. Kevin H. Dubose
Alexander Dubose Jones & Townsend LLP
1844 Harvard Street
Houston, TX 77008-4342

Mr. David M. Gunn
Beck, Redden & Secrest, L.L.P.
1221 McKinney, Suite 4500
Houston, TX 77010-2010

RE: Case Number: 02-0557
 Court of Appeals Number: 13-01-00196-CV
 Trial Court Number: C-4118-97-B

Style: VOLKSWAGEN OF AMERICA, INC.
 v.
 ANDREW RAMIREZ, SR., ET AL.

Dear Counsel:

 Enclosed is a copy of the revised opinion and a copy of the corrected
redlined opinion in the above-referenced-case.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Pauline G. |
| |Gonzalez |
| |Ms. Cathy Wilborn |
| |Mr. David M. |
| |Prichard |